WILLIAM E. ALQUIST, Respondent, v. OTIS ENGINE CORPORATION, Appellant, and EDWIN F. DALEY, Respondent.— Order striking out amended counterclaim of defendant Otis Engine Corporation and order vacating and setting aside said defendant's notice of examination before trial affirmed, with ten dollars costs and disbursements, with leave to appellant to serve an amended answer within ten days after service of a copy of the order to be entered herein upon payment of the costs and disbursements of this appeal and the costs imposed upon it by the order appealed from. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

LOUIS ALTMAN, Doing Business under the Name and Style of "CAMP JOY," Respondent, v. BENJAMIN STRAKOWSKY and Another, Defendants. MORRIS HASNER and GUSSIE HASNER, Appellants.— Order denying motion of defendants Hasner to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to said defendants to serve an answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ., concur.

ATEX SALES CORPORATION, Appellant, v. KOPP GLASS, INC., Respondent.— Order granting defendant's motion to vacate and set aside service of summons affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ., concur.

JOHN J. BRODERICK, as Referee, Appellant, v. ABRAHAM FREEMAN, Respondent.— Order granting defendant's motion for judgment on the pleadings and dismissing plaintiff's complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ., concur.

THE BROOKLYN CHILDREN'S AID SOCIETY, Appellant, v. INDUSTRIAL BOARD OF THE DEPARTMENT OF LABOR OF THE STATE OF NEW YORK and FRANCES PERKINS, as Chairman of Said Board, Respondents.— Judgment unanimously affirmed, with costs, upon the ground that the court was without jurisdiction to entertain the action. Kapper, Hagarty, Scudder and Tompkins, JJ., concur; Lazansky, P. J., concurs in result. [136 Misc. 379.]

THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent, v. FRANK M. BROOKS and Others, Defendants, and THE CITY OF NEW YORK, Appellant.— The parties having stipulated in writing that this appeal may be decided by a court of four justices, the decision of the court is as follows: Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty and Tompkins, JJ.

CAROLINE E. BROWN and RALPH W. BROWN, Respondents, v. PAUL MARTIN, Appellant.— Order denying motion to consolidate actions reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs, upon the ground that the actions involve the same issues of law and fact and require the same proof as to the cause of the collision and liability therefor. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.